

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In re The State of Texas ex rel. Reid McCain

No. 06-23-00003-CR

Original Mandamus Proceeding

Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating. Dissenting Opinion by Justice Rambin.

As stated in the Court's opinion of this date, we find that the Relator's petition for writ of mandamus should be conditionally granted, and we direct the trial court to rescind its order for copying and production of the Children's Advocacy Center's interview recording. The writ of mandamus will issue only if the trial court fails to comply.

RENDERED JUNE 20, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk